**Fill in this information to identify the case:**

Debtor 1   **Everardo Nolasco**

Debtor 2   **Ibet E Nolasco**
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Northern District of Illinois**
(State)

Case Number   **22 B 10975**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   PNC Bank NA

**Court claim no.**  (if known):
8

**Last 4 digits** of any number you use to identify the debtor's account:   6  0  5  4

**Property Address:**   2230 S. 61st Street
Number        Street

Cicero                                                                IL        60804
City                                                                State      ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder may be accessed here: www.ndc.org.

| Part 3: | Arrearages |
|---|---|

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $          -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $          -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $          -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $          -0- |

**Part 4:**  **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:**  **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

**Part 6:**  **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Marilyn O. Marshall                                          Date    08/07/2026
Signature

Trustee          Marilyn O. Marshall
First Name          Middle Name          Last Name

Address          224 S Michigan Ave, Ste 800
Number          Street

Chicago                              IL          60604
City                              State          ZIP Code

Contact phone  (312) 431-1300          Email  mmarshall@chi13.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this  7th day of August, 2026..


Everardo Nolasco, Ibet E Nolasco, 2230 S 61st Ct, Cicero, IL  60804


ELECTRONIC SERVICE - Cutler & Associates Ltd, 4131 Main St, Skokie, IL  60076


ELECTRONIC SERVICE - PNC Bank NA, 3232 Newmark Dr, Miamisburg, OH  45342


ELECTRONIC SERVICE - United States Trustee


Date:  August 07, 2026                                    /s/ Marilyn O Marshall
                                                                         Marilyn O Marshall
                                                                         Chapter 13 Trustee
                                                                         224 S Michigan Ave
                                                                         Ste 800
                                                                         Chicago, IL  60604